KENNETH T. HAYES v. COUNTY OF MERCER.

MERCER COUNTY'S PROSECUTORS v. FRANK J.
CAHILL, JR., ESQUIRE.

September 11, 1987.

Petition for certification denied. (See 217 *N.J.Super.* 614)

MARCIA SHAFTAN v. CONGREGATION SONS OF ISRAEL.

September 11, 1987.

Petition for certification denied.

RONNIE LIOTTI v. TENCO CORPORATION.

September 11, 1987.

Petition for certification denied.

JOHN P. LEE v. MNEMOTECH DATA SERVICES, INC.

September 11, 1987.

Petition for certification denied.